PLAINTIFF/PETITIONER/MOVANT'S NAME  Benjamin D. Rodriguez

PRISON NUMBER  F-72457

PLACE OF CONFINEMENT  F2-9-2314

ADDRESS  R.J Donovan
P.O. Box 799002
San Diego, CA. 92179-9002

FILED
2007 DEC -3 PM 3:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

# United States District Court
## Southern District Of California

|  |  |
|---|---|
| , <br> Plaintiff/Petitioner/Movant <br><br> v. <br><br> , <br> Defendant/Respondent | Civil No. 07CV2151 DMS (CAB) <br> (TO BE FILLED IN BY U.S. DISTRICT COURT CLERK) <br><br> **MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, 
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?           ☐ Yes ☒ No
   Do you receive any payment from the institution?  ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                   ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _I was Self employed I drove an ICE CREAM Truck Vender. Nov. 2005  $2000.00 Monthy._

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make:              Year:              Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    I'm incarcerated with no income I only have the remaining money from County jail.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

Nov. 19, 07
DATE

Benjmi D. Rodriguy
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __BENjamin D Rodriguez__,
(NAME OF INMATE)

__F 72457__,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

__RJ Donavan__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __470.52__,

and the *average monthly deposits* to the applicant's account was $ __0__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__11/29/07__  
DATE

__C/O. LAZARO, O__  
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__O. LAZARO__  
OFFICER'S FULL NAME (PRINTED)

__CORRECTIONAL OFFICER__  
OFFICER'S TITLE/RANK

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __BENjamin D. Rodriguez F72457__, request and authorize the agency holding me in
 (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 11-19-07

_Benjamin D. Rodriguez_
SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)    -5-    ::ODMA\PCDOCS\WORDPERFECT\22835\1

```
REPORT ID: TS3030  .701                         REPORT DATE: 11/07/07
                                                       PAGE NO:      1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    R.J.DONOVAN CORR. FACILITY
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAR. 01, 2007 THRU NOV. 07, 2007

ACCOUNT NUMBER : F72457           BED/CELL NUMBER: F20900000000231U
ACCOUNT NAME   : RODRIGUEZ, BENJAMIN    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                         TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------  ---------  ---------  --------   -----------   -------

03/01/2007  BEGINNING BALANCE                                               0.00

05/25 D300 CASH DEPOSIT   5019/R&R              700.00                    700.00
06/06 D320 TRUST FUNDS T  5225/SDCJ               0.09                    700.09
06/06 FC02 DRAW-FAC 2     5228/F21ST                         50.00        650.09
07/17 FR01 CANTEEN RETUR  700260                              9.80-       659.89
08/07 FC02 DRAW-FAC 2     0632/F21ST                         90.00        569.89
09/13 FC02 DRAW-FAC 2     1356/F22ND                         90.00        479.89
09/20 W516 LEGAL COPY CH  1526/SEP07                          2.20        477.69
10/16 FR01 CANTEEN RETUR  701995                             57.83-       535.52
10/16 FC02 DRAW-FAC 2     1984/F22ND                         60.00        475.52
10/17 W536 COPAY CHARGE   2020/OCT07                          5.00        470.52

                         TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE      TO BE POSTED
---------    ---------    -----------   -------     -------      ------------
   0.00       700.09        229.57      470.52        0.00            0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-7-2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
                                          CURRENT
                                         AVAILABLE
                                          BALANCE
                                         ---------
                                           470.52
```